**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CHRISTOPHER S. BENNETT,

           Plaintiff,

v.

DANIEL JUAREZ, et al.,

           Defendants.

Case No. 2:25-cv-00930-AH (JDEx)

**FINAL JUDGMENT**

    For the reasons stated in the separate order of dismissal entered on April 16, 2025, this action is dismissed without prejudice.

    This is a final judgment.

Dated:  April 17, 2025

_____
HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE